**UNITED STATES DISTRICT COURT**    **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

HSA St. Joseph LLC
    *Plaintiff(s),*

v.    Case No. 4:25−cv−01411

Clint Sosa
    *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion for Temporary Restraining Order − #7

DATE:   **3/31/2025**

TIME:   **11:00 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**    Date: March 31, 2025

By Deputy Clerk, A. Rivera