United States District Court
Southern District of Texas
**ENTERED**
March 31, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

HSA ST. JOSEPH LLC

v.

CLINT SOSA

**Case No.** 4:25-cv-01411

## ORDER

Pursuant to Fed. R. Civ. P. 65 and Rule 57, and having reviewed Plaintiff HSA St. Joseph LLC's (SJMC) Civil Complaint, Notice of Motion for a Temporary Restraining Order and Preliminary Injunction, (ECF 7) Memorandum of Law in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction with supporting declaration and exhibit, and any response thereto, the motion is **GRANTED,** upon the posting of a $1000 bond.

IT IS HEREBY ORDERED:

1.      Defendant Sosa shall provide the passwords and multi-factor authentication methods to Plaintiff for all social media and web accounts Sosa managed for all Healthcare Systems of America (HSA) hospitals while employed by SJMC; and

2.      Defendant Sosa shall be preliminarily enjoined from accessing any of the accounts which he managed during his employment by SJMC or owned by SJMC and other HSA hospitals;

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 31st day of March, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE