UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HSA ST. JOSEPH LLC<br><br>v.<br><br>CLINT SOSA | Case No.   4:25-cv-01411 |

## MOTION TO DISSOLVE
## TEMPORARY RESTRAINING ORDER

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 65(d)(4), Petitioner hereby moves this Court to dissolve the ex parte Temporary Restraining Order (TRO) issued by this Court against Defendant Sosa on March 31, 2025 (ECF Document No. 11) in light of Defendant's compliance with the terms of the TRO in the above-styled case. Counsel for Defendant Sosa does not object to this Motion.

A proposed Order dissolving the TRO and releasing the security bond posted by Plaintiff to Plaintiff is attached.

Dated: April 11, 2025
Houston, Texas

Respectfully submitted

By: *Isl Asim Ghafoor*
Asim Ghafoor
(SDTX Bar #1384109)
HSA Regional Counsel
1401 St. Joseph Parkway
Houston, TX 77002
(202) 330 1469
aghafoor@hsahospitals.com
ATTORNEY FOR
HSA ST. JOSEPH LLC

CERTIFICATE OF SERVICE

    I hereby certify that, on April 11, 2025, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing system for the United States District Court for the Southern District of Texas as well as actual notice to Defendant's counsel by email.

                                                  */s/ Asim Ghafoor*
                                                  Asim Ghafoor

Laura Lange
Ewing Jones
6363 Woodway, Suite 1000
Houston, Texas 77057
Office 713.590.9600
Fax: 713.590.9601
llange@ewingjones.com