EXHIBIT A

Proposed Order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| HSA ST. JOSEPH LLC<br><br>v.<br><br>CLINT SOSA | Case No. 4:25-cv-01411 |

## [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 65(d)(4) and having reviewed Plaintiff HSA St. Joseph LLC's (SJMC) Unopposed Motion to Dissolve Temporary Restraining Order (TRO) and finding Defendant has complied with the terms of the TRO, the motion is GRANTED.

IT IS HEREBY ORDERED:

1. The ex parte Temporary Restraining Order (TRO) against defendant Clint Sosa issued by this Court on March 31, 2025 is dissolved; and

2. Plaintiff HSA shall be entitled to a release of its $1,000 bond posted on April 1, 2025 to enforce the ex parte TRO;

IT IS SO ORDERED.

Date: _____

_____
Hon. Judge Keith Ellison, USDJ