UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HSA ST. JOSEPH LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 4:25-cv-01411 |
| | § | |
| v. | § | |
| | § | |
| CLINT SOSA | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CLINT SOSA TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

Defendant Clint Sosa ("Defendant") by and through his undersigned attorneys of record, move the Court to extend the time for Defendant to respond to the Plaintiff's Original Complaint (the "Motion") to May 21, 2025.

The parties have conferred and agreed to extend the response deadline for Defendant to May 21, 2025.

WHEREFORE, Defendant Clint Sosa respectively requests that the Court grant this Motion and enter the proposed Order granting the requested extension of time.

Dated: April 11, 2025

Respectfully submitted,

By: /s/ Laura Lange
Texas Bar No. 24144544
Ewing & Jones, PLLC
6363 Woodway, Suite 1000
Houston, Texas 77057
Telephone:  (713) 590-9600
E-mail:  llang@ewingjones.com
***Attorney for Defendant Clint Sosa***

1

## CERTIFICATE OF CONFERENCE

    I, the undersigned attorney, hereby certify to the Court that on April 11, 2025, I conferred with Plaintiff's counsel via email regarding the relief requested herein. Plaintiff's counsel advised that he is unopposed to Defendant's Motion for Extension of Time for Defendant to Respond to Plaintiff's Original Complaint.

/s/ Laura Lange
Laura Lange

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing pleading has been served on counsel of record for all parties via electronic filing system this 11th of April, 2025.

Asim Ghafoor                                  ***Via Email:*** aghafoor@hsahospitals.com
HSA Regional Counsel
1401 St. Joseph Parkway
Houston, TX 77002

/s/ Laura Lange
Laura Lange
