Case 4:25-cv-01411   Document 14   Filed on 04/11/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HSA ST. JOSEPH LLC<br><br>v.<br><br>CLINT SOSA | Case No. 4:25-cv-01411 |

### [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 65(d)(4) and having reviewed Plaintiff HSA St. Joseph LLC's (SJMC) Unopposed Motion to Dissolve Temporary Restraining Order (TRO) (ECF 12) and finding Defendant has complied with the terms of the TRO, the motion is GRANTED. IT IS HEREBY ORDERED:

1. The ex parte Temporary Restraining Order (TRO) against defendant Clint Sosa issued by this Court on March 31, 2025 is dissolved; and

2. Plaintiff HSA shall be entitled to a release of its $1,000 bond posted on April 1, 2025 to enforce the ex parte TRO;

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 11th of April 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE