## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

HSA ST. JOSEPH LLC,            §
                              §
         Plaintiff,            §        Case No. 4:25-cv-01411
                              §
v.                            §
                              §
CLINT SOSA                    §
                              §
         Defendant.           §

## EXHIBIT A

Communication issued by Defendant to Plaintiff's Counsel in attempt to confer for the purpose of arranging a Settlement Conference to comply with the Court's requirement of a Settlement Conference once a Motion for Summary Judgment has been filed.

EXHIBIT A

 **Outlook**

---

## Re: Hearing/call tomorrow is cancelled

---

**From** Clint Sosa <clint@clintsosa.com>
**Date** Fri 5/22/2026 14:31
**To** Asim Ghafoor <aghafoor@hsahospitals.com>

Hi Asim,

Circling back to follow up on the below request for edits or confirmation to proceed with the final copy.

-Clint

This email and any files transmitted with it are confidential and may be privileged or otherwise protected from disclosure. It is solely intended for the person(s) named above. If you are not the named addressee or an authorized representative of the intended recipient, any reading, use, disclosure, copying, or distribution of all or parts of this email or associated attachments is strictly prohibited. If you are not an intended recipient, please notify the sender immediately by replying to this message or by telephone, and delete this email and any attachments permanently from your system.

---

**From:** Clint Sosa <clint@clintsosa.com>
**Sent:** Friday, May 15, 2026 17:03
**To:** Asim Ghafoor <aghafoor@hsahospitals.com>
**Subject:** Re: Hearing/call tomorrow is cancelled

Hi Asim,

The Court requires that we engage in a mediation or settlement conference within 45 days of the filing of my motion for summary judgment.

I suggest that we petition the Court to appoint a Magistrate Judge, and I have drafted the proposed motion and order for your review. Let me know if you have any edits to the copy, and I will revert with a revised version for your review and signature. If you can review, revert with edits, and sign by Friday, May 22, 2026, I will file with the court by Tuesday, May 26, 2026.

-Clint

This email and any files transmitted with it are confidential and may be privileged or otherwise protected from disclosure. It is solely intended for the person(s) named above. If you are not the named addressee or an authorized representative of the intended recipient, any reading, use, disclosure, copying, or distribution of all or parts of this email or associated attachments is strictly prohibited. If you are not an intended recipient, please notify the sender immediately by replying to this message or by telephone, and delete this email and any attachments permanently from your system.

---

**From:** Clint Sosa
**Sent:** Monday, April 20, 2026 16:18
**To:** Asim Ghafoor <aghafoor@hsahospitals.com>
**Subject:** Re: Hearing/call tomorrow is cancelled

Hi Asim,

The attached is being filed with the court.

-Clint

This email and any files transmitted with it are confidential and may be privileged or otherwise protected from disclosure. It is solely intended for the person(s) named above. If you are not the named addressee or an authorized representative of the intended recipient, any reading, use, disclosure, copying, or distribution of all or parts of this email or associated attachments is strictly prohibited. If you are not an intended recipient, please notify the sender immediately by replying to this message or by telephone, and delete this email and any attachments permanently from your system.

---

**From:** Clint Sosa <clint@clintsosa.com>
**Sent:** Monday, December 22, 2025 15:34
**To:** Asim Ghafoor <aghafoor@hsahospitals.com>
**Subject:** Re: Hearing/call tomorrow is cancelled

Asim,

The attached has been filed with the court.

This email and any files transmitted with it are confidential and may be privileged or otherwise protected from disclosure. It is solely intended for the person(s) named above. If you are not the named addressee or an authorized representative of the intended recipient, any reading, use, disclosure, copying, or distribution of all or parts of this email or associated attachments is strictly prohibited. If you are not an intended recipient, please notify the sender immediately by replying to this message or by telephone, and delete this email and any attachments permanently from your system.

---

**From:** Asim Ghafoor <aghafoor@hsahospitals.com>
**Sent:** Thursday, July 10, 2025 12:45
**To:** Clint Sosa <clint@clintsosa.com>
**Subject:** Hearing/call tomorrow is cancelled

The signed order is being mailed to you.

Asim

Asim Ghafoor
Regional Counsel
Healthcare Systems of America
NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

HSA ST. JOSEPH LLC,            §
                              §
　　　Plaintiff,               §    Case No. 4:25-cv-01411
                              §
v.                            §
                              §
CLINT SOSA                    §
                              §
　　　Defendant.               §

## EXHIBIT B

Communication issued by Case Manager for the Hon. Christina A. Bryan, Court-appointed Magistrate Judge for the Settlement Conference, to Defendant and Plaintiff's Counsel, with response between the Case Manager and Defendant, and no response from the Plaintiff.

EXHIBIT B

 **Outlook**

---

## Re: 4:25cv1411 HSA St. Joseph LLC v. Sosa

---

**From** Clint Sosa <clint@clintsosa.com>
**Date** Tue 6/9/2026 11:36
**To**    Melissa Morgan <Melissa_Morgan@txs.uscourts.gov>
**Cc**    aghafoor@hsahospitals.com <aghafoor@hsahospitals.com>

Is there a specific deadline by which the court is asking the plaintiff's counsel to respond, or does the wait go on indefinitely?

Thank you.

**Clint Sosa**
713.504.9523

This email and any files transmitted with it are confidential and may be privileged or otherwise protected from disclosure. It is solely intended for the person(s) named above. If you are not the named addressee or an authorized representative of the intended recipient, any reading, use, disclosure, copying, or distribution of all or parts of this email or associated attachments is strictly prohibited. If you are not an intended recipient, please notify the sender immediately by replying to this message or by telephone, and delete this email and any attachments permanently from your system.

---

**From:** Melissa Morgan <Melissa_Morgan@txs.uscourts.gov>
**Sent:** Tuesday, June 9, 2026 11:33
**To:** Clint Sosa <clint@clintsosa.com>
**Cc:** aghafoor@hsahospitals.com <aghafoor@hsahospitals.com>
**Subject:** RE: 4:25cv1411 HSA St. Joseph LLC v. Sosa

That date is still available currently. I will let you know if that changes once we hear from plaintiff's counsel.

**Melissa Morgan-Faircloth**
Case Manager for the Honorable Christina A. Bryan
U.S. Magistrate Judge
Southern District of Texas | Houston Division
515 Rusk Street Houston, TX 77002
(713) 250-5158

---

**From:** Clint Sosa <clint@clintsosa.com>
**Sent:** Monday, June 8, 2026 10:03 AM
**To:** Melissa Morgan <Melissa_Morgan@txs.uscourts.gov>
**Cc:** aghafoor@hsahospitals.com
**Subject:** Re: 4:25cv1411 HSA St. Joseph LLC v. Sosa

**CAUTION - EXTERNAL:**

Hi Melissa,

Considering Judge Bryan's calendar fills up quickly and we are still waiting to hear from counsel for the plaintiff, when is the deadline to secure the 08/20/26 spot?

Thank you.
-Clint

**Clint Sosa**
713.504.9523

> On Jun 4, 2026, at 10:29, Melissa Morgan <Melissa_Morgan@txs.uscourts.gov> wrote:
>
> Thank you. I am not asking you to confirm for plaintiff. Apologies for the confusion.
> **Mr. Ghafoor** - are you and your client available on that day and time?
>
> **Melissa Morgan-Faircloth**
> Case Manager for the Honorable Christina A. Bryan
> U.S. Magistrate Judge
> Southern District of Texas | Houston Division
> 515 Rusk Street Houston, TX 77002
> (713) 250-5158
>
> ---
>
> **From:** Clint Sosa <clint@clintsosa.com>
> **Sent:** Thursday, June 4, 2026 10:24 AM
> **To:** Melissa Morgan <Melissa_Morgan@txs.uscourts.gov>
> **Cc:** aghafoor@hsahospitals.com
> **Subject:** Re: 4:25cv1411 HSA St. Joseph LLC v. Sosa
>
> **CAUTION - EXTERNAL:**
>
> Hi Melissa,
>
> I am unable to confirm for both parties. I defer to the plaintiff's counsel to confirm their availability as I've been unsuccessful conferring with the plaintiff's counsel—relying instead on the court's assistance to facilitate communication.
>
> Thank you.
> -Clint
>
> **Clint Sosa**
> 713.504.9523

On Jun 4, 2026, at 09:08, Melissa Morgan <Melissa_Morgan@txs.uscourts.gov> wrote:

Thank you for confirming. Will 8/20/26 also work for plaintiff? Please respond ASAP, Judge Bryan's calendar fills fast.

**Melissa Morgan-Faircloth**
Case Manager for the Honorable Christina A. Bryan
U.S. Magistrate Judge
Southern District of Texas | Houston Division
515 Rusk Street Houston, TX 77002
(713) 250-5158

**From:** Clint Sosa <clint@clintsosa.com>
**Sent:** Tuesday, June 2, 2026 4:34 PM
**To:** Melissa Morgan <Melissa_Morgan@txs.uscourts.gov>
**Cc:** aghafoor@hsahospitals.com; Melissa Morgan <Melissa_Morgan@txs.uscourts.gov>
**Subject:** Re: 4:25cv1411 HSA St. Joseph LLC v. Sosa

**CAUTION - EXTERNAL:**

Hi Melissa,

Confirming that I am available on 8/20/26 at 1:00 pm, central, for a virtual conference.

Thank you.
-Clint

**Clint Sosa**
713.504.9523

On Jun 2, 2026, at 09:22, Melissa Morgan <Melissa_Morgan@txs.uscourts.gov> wrote:

Good morning,
The above case has been referred to Judge Bryan for a Settlement Conference. Judge Bryan has the following date and time available. Please confer and let me know if that works for everyone, thank you!

**8/20/26 at 1:00 PM via zoom**

**Melissa Morgan-Faircloth**
Case Manager for the Honorable Christina A. Bryan
U.S. Magistrate Judge
Southern District of Texas | Houston Division
515 Rusk Street Houston, TX 77002
(713) 250-5158

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary.
Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.