United States District Court
Southern District of Texas
**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HSA St. Joseph LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-1411 |
| | § | |
| Clint Sosa, | § | |
| | § | |
| Defendant. | § | |

**ORDER VACATING REFERRAL FOR SETTLEMENT CONFERENCE AND**
**REFERRING MOTION TO DISMISS TO MAGISTRATE JUDGE**

The Order referring this case to United States Magistrate Judge Christina A. Bryan

for Settlement Conference, Doc. 28, entered June 1, 2026, is VACATED.

Pursuant to 28 U.S.C. § 636(b)(1), Magistrate Judge Christina A Bryan is designated

to hear and determine Defendant's Motion to Dismiss for Failure to Prosecute. Doc. 29.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 13th of July, 2026.

_____
Nicholas J. Ganjei
United States District Judge