United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HSA ST. JOSEPH LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-01411 |
| | § | |
| CLINT SOSA, | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is pro se Defendant's Motion to Dismiss.[1]  ECF 29. Defendant seeks dismissal for want of prosecution or, in the alternative, a ruling on his Motion for Summary Judgment (ECF 26), which is currently pending before the District Judge.  Plaintiff has not responded to the Motion to Dismiss or Motion for Summary Judgment.

This action arises from a dispute over Defendant's alleged retention and misuse of passwords to Plaintiff's social media and other web accounts.  ECF 1. Plaintiff initiated the lawsuit in March 2025 and District Judge Keith Ellison, then presiding, granted a TRO requiring Defendant provide the passwords and other access methods and cease accessing the accounts.  ECF 11.  In April 2025, Plaintiff

---

[1] The District Judge referred this Motion to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 30.

represented Defendant had complied with the terms of the TRO and moved for its dissolution, which Judge Ellison granted.  ECF 12; ECF 14.

Since dissolution of the TRO, Plaintiff's last action in this case appears to have been submission of a joint proposed scheduling order in July 2025.  ECF 20; ECF 21; ECF 29 at 3.  Discovery closed in January 2026 (ECF 21), and Defendant represents Plaintiff has not pursued any discovery.  *Id.* at 4-5.  The remaining deadlines in this case have passed without any other action from Plaintiff.  ECF 21; ECF 25.  Further, the Court attempted to contact the Parties via email to arrange a settlement conference and Plaintiff failed to respond.  *See* ECF 29 at 5-7; ECF 29-1. The Court did not receive a bounce-back or other error message for the email sent to Plaintiff.  *See* LOC. R. S.D. TEX. 83.4 (requiring lawyers provide the Court with current contact information).  Plaintiff's complete inaction, along with its failure to respond to the Court's communications sent to the attorney of record, suggest it may no longer be represented by counsel.  *See Simmons Bank v. Monocoque Diversified Ints., LLC*, No. 4:24-CV-492, 2025 WL 4080578, at *2 (S.D. Tex. Nov. 10, 2025) (explaining that an LLC cannot proceed pro se in federal court).  It is therefore

ORDERED that the Parties appear for a hearing on Defendant's Motion to Dismiss (ECF 29) on August 20, 2026, at 11:00 AM in Courtroom 701.  It is further

ORDERED that Plaintiff appear at the same hearing and show cause why the Court should not dismiss the action for its failure to be represented by counsel. It is further

ORDERED that Plaintiff must file a response to Defendant's Motion (ECF 29) by August 17, 2026. Plaintiff's response must indicate whether it intends to prosecute this case and seek further relief. Defendant may file a reply brief by August 19, 2026. It is further

ORDERED that by August 12, 2026, Defendant must deliver to Plaintiff's legal department physical copies of the following:

- This Order,

- Defendant's Motion to Dismiss (ECF 29),

- Defendant's Motion for Summary Judgment (ECF 26) and accompanying Declaration (ECF 27).

Defendant may deliver the copies personally or by certified mail on Plaintiff's legal department, general counsel, or hospital administrator at the 1401 St. Joseph Parkway, Houston, TX 77002 address listed on several of Defendant's filings. *See, e.g.*, ECF 1; ECF 12. Delivery must occur by August 12, 2026, regardless of the service method. It is further

ORDERED that Defendant must file proof of delivery of the above-mentioned documents by August 14, 2026.

Signed on August 06, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge