## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **HSA ST. JOSEPH LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **VS.** | § | CIVIL ACTION NO. 4:25-cv-01411 |
| | § | |
| **CLINT SOSA,** | § | |
| *Defendants.* | § | |
| | § | |

## NOTICE OF APPEARANCE OF MANSOOR BROACHWALA ON BEHALF OF PLAINTIFF

Please take notice that the following attorney is appearing in this action on behalf of Plaintiff HSA ST. JOSEPH LLC.

Mansoor Broachwala
**LAW OFFICES OF MANSOOR BROACHWALA LLC**
Illinois State Bar No. 6326633
Fed. Id. No. 3943228
19 E. 20th Street Lombard IL 60148
Phone (713) 565-1353
Fax (713) 583-8715
Email: mansoor@esslawpartners.com

Mr. Broachwala should be added as counsel to receive all pleadings, orders, and judgments in this action.

Respectfully submitted,

**EDWARDS SUTARWALLA SAMANI LLP**

By: */s/*
Mansoor Broachwala
Illinois State Bar No. 6326633
Fed. Id. No. 3943228

Murtaza F. Sutarwalla
State Bar No. 24056398
Fed. Id. No. 2589991
**Attorney in Charge**

602 Sawyer St., Suite 490
Houston, Texas 77007
Office: 713-565-1353
Fax :713-583-8715
Email: murtaza@esslawpartners.com
Email: mansoor@esslawpartners.com

**ATTORNEYS FOR PLAINTIFF**
**HSA ST. JOSEPH LLC**

## CERTIFICATE OF SERVICE

    I certify that all counsel of record who are Filing Users of the Electronic Case Files System of the Southern District of Texas have been served a true and correct copy of the foregoing by electronic submission for filing on August 7, 2026.

/s/ _____
Mansoor Broachwala