United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HSA ST. JOSEPH LLC, *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-01411 |
| | § | |
| CLINT SOSA, *Defendant*. | § | |

**ORDER**

The Court previously set a hearing on Defendant's Motion to Dismiss (ECF 29) for August 20, 2026, at 11:00 AM in Courtroom 701.[1] ECF 31. As noted in the Order, Plaintiff is required to appear at the hearing and demonstrate that it is now actively represented by counsel. *Id.* at 3.

On August 18, 2026, Defendant contacted the Court by phone and requested the Court either rule without a hearing or allow Defendant to appear telephonically. In the interests of efficiency, it is

ORDERED that Defendant Clint Sosa may appear by phone. It is further

ORDERED that Plaintiff HSA St. Joseph LLC must appear in person for the hearing as scheduled. *See* ECF 31.

[1] The District Judge referred this Motion to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 30.

Signed on August 18, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge