**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HSA ST. JOSEPH LLC,** *Plaintiff*, | § § § § § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-cv-01411** |
| **CLINT SOSA,** *Defendant*. | § § § § | |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

Plaintiff HSA St. Joseph LLC ("Plaintiff") files this Motion to Dismiss with Prejudice as to all of its claims against Defendant Clint Sosa ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support respectfully shows the Court as follows:

1. Plaintiff no longer wishes to pursue this action and requests that the Court dismiss all of Plaintiff's claims against Defendant with prejudice, with each party to bear its own attorney's fees, expenses, and costs. Specifically, the Plaintiff appears to have received the requested relief that initially sought. Consistent with the Court's Order to Show Cause (ECF 31), which directed Plaintiff to indicate whether it intends to prosecute this action, Plaintiff states that it does not intend to further prosecute this action and instead seeks dismissal of its claims with prejudice. Plaintiff is represented by counsel of record, who has entered an appearance in this matter (ECF 33).

2. Defendant has appeared and answered, and a motion for summary judgment has been filed; accordingly, Plaintiff's claims may be dismissed by order of the Court under Federal Rule of Civil Procedure 41(a)(2). Dismissal of Plaintiff's claims with prejudice will therefore fully and finally dispose of this case.

3. Counsel for Plaintiff has communicated with Defendant regarding the relief requested in this Motion. Although the parties have exchanged communications by email, Defendant has not stated whether he is opposed or unopposed to this Motion. Plaintiff is therefore unable to represent that this Motion is agreed or unopposed. See Exh. 1.

4. Plaintiff requests that the dismissal be with prejudice and that no attorney's fees, costs, expenses, or sanctions be awarded to or against any party. Each party shall bear its own attorney's fees, expenses, and costs.

5. A voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2) is committed to the sound discretion of the district court and is reviewed only for abuse of discretion. *Elbaor v. Tripath Imaging, Inc.,* 279 F.3d 314, 317 (5th Cir. 2002). See *Manshack v. Southwestern Elec. Power Co*., 915 F.2d 172, 174 (5th Cir.1990). Because dismissal with prejudice fully and finally disposes of all of Plaintiff's claims, it affords Defendant complete relief and renders moot the case-dispositive relief sought in Defendant's Motion for Summary Judgment and in Defendant's Motion to Dismiss for Failure to Prosecute or, in the Alternative, to Rule on Defendant's Unopposed Motion for Summary Judgment and for Rule 16 Sanctions (ECF 29). Separately, and independent of the dismissal, no award of sanctions, attorney's fees, expenses, or costs to or against any party is warranted, and Plaintiff respectfully requests that the Court order that none be awarded and that each party bear its own fees and costs.

WHEREFORE, Plaintiff HSA St. Joseph LLC respectfully requests that the Court grant this Motion; dismiss Plaintiff's claims and this action with prejudice; order that each party bear its own attorney's fees, expenses, and costs, with no attorney's fees, costs, or sanctions awarded to or against any party; deny Defendant's pending motions (ECF 26 and ECF 29) as moot insofar as they seek dismissal or judgment; deny any request for sanctions, attorney's fees, expenses, or costs; and grant Plaintiff all other and further relief to which it may be justly entitled.

Respectfully submitted,
**EDWARDS SUTARWALLA SAMANI LLP**

By: ____________________
Mansoor Broachwala
Illinois State Bar No. 6326633
Fed. Id. No. 3943228

Murtaza F. Sutarwalla
State Bar No. 24056398
Fed. Id. No. 2589991
**Attorney in Charge**

602 Sawyer St., Suite 490
Houston, Texas 77007
Office: 713-565-1353
Fax :713-583-8715
Email: murtaza@esslawpartners.com
Email: mansoor@esslawpartners.com

**ATTORNEYS FOR PLAINTIFF**
**HSA ST. JOSEPH LLC**

**CERTIFICATE OF WORD COUNT**

I hereby certify that this Motion contains approximately 479 words, excluding the case caption, signature block, and certificates, as counted by the word-count function of the word-processing software used to prepare it, in compliance with the Court's Procedures.

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff conferred, and attempted to confer, with Defendant Clint Sosa, who appears pro se, regarding the relief requested in this Motion. Counsel communicated with Defendant by email on August 12, 2026, and attempted to reach Defendant by telephone; Defendant has stated that he prefers to communicate by email. Defendant has not stated whether he is opposed or unopposed to this Motion. Because Defendant has not indicated that he is unopposed, Plaintiff does not designate this Motion as unopposed.

Mansoor Broachwala

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August 2026, a true and correct copy of the foregoing was served upon all counsel and parties of record, including Defendant Clint Sosa, pro se, via the Court's CM/ECF electronic filing system, which will serve notice on all parties registered to receive electronic notice, and by electronic mail to Defendant at clint@clintsosa.com, in accordance with the Federal Rules of Civil Procedure.

Mansoor Broachwala